**Order entered February 22, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01011-CV

### CHOCTAW NATION OF OKLAHOMA, Appellant

### V.

### LINDA SEWELL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ALICE WILKINSON STANLEY, RONALD STANLEY, WILIIAM STANLEY, MELISSA ENGLMAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF PAULA HAHN, KENNETH HILDRETH, DONNA GARNER AND KATHY BOLTON, Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-04381

## ORDER

Before the Court is appellant's February 17, 2017 third motion to extend time to file its brief. In the motion, appellant requests the Court to extend the time to file its brief by 11 days. Appellant's motion is **GRANTED.** Appellant's brief shall be filed by March 10, 2017. Appellant is cautioned that further motions to extend time to file its brief will be disfavored.

/s/    CRAIG STODDART
        JUSTICE